UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARC MITCHELL SUSSELMAN
and
MARTIN H. LEAF

    Plaintiffs,

v

MICHIGAN ATTORNEY
GRIEVANCE COMMISSION, et al

    Defendants.

No. 25-10660

HON. SHALINA D. KUMAR

MAGISTRATE JUDGE
ELIZABETH A. STAFFORD

---

Marc M. Susselman (P29481)
Attorney for Plaintiffs
43834 Brandywyne Rd.
Canton MI 48187
(734) 416-5186
Marcsusselman@gmail.com

---

Marla Linderman Richelew (P55759)
Assistant Attorney General
Attorney for Defendants
Michigan Department of Attorney General
Civil Rights & Elections Division
3030 West Grand Boulevard, 10th Floor
Detroit, MI 48202
(313) 456-0200
lindermanrichelewm@michigan.gov

---

**STIPULATED ORDER TO EXTEND TIME FOR DEFENDANTS
TO FILE FIRST RESPONSIVE PLEADING**

The parties hereby stipulate and agree to an extension until April 22, 2025, for Defendants to file their first responsive pleading.

**IT IS HEREBY ORDERED** that a response to Plaintiffs' Complaint will be filed on April 22, 2025.

Date: March 20, 2025        s/Shalina D. Kumar
                            HON. SHALINA D. KUMAR
                            U.S. DISTRICT JUDGE

The parties, stipulate to the entry of the above order.

s/*Marc M. Susselman* (w/permission)    Dated:  March 19, 2025
Marc M. Susselman (P29481)
Attorney for Plaintiffs
Marcsusselman@gmail.com

s/*Marla Linderman Richelew*            Dated:  March 19, 2025
Marla Linderman Richelew (P55759
Assistant Attorney General
Attorney for Defendants
lindermanrichelewm@michigan.gov