UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARC MITCHELL SUSSELMAN and
MARTIN H. LEAF,    No. 25-10660

    Plaintiffs,    HON. SHALINA D. KUMAR

v    MAGISTRATE JUDGE
ELIZABETH A. STAFFORD

MICHIGAN ATTORNEY GRIEVANCE
COMMISSION, et al

    Defendants.
_____/

## NOTICE TO WITHDRAW MOTION

PLEASE TAKE NOTICE and withdraw Defendants' Michigan Attorney Grievance Commission, Commissioners of the Michigan Attorney Grievance Commission and Michael Goetz Motions to Dismiss, ECF No. 7, ECF No. 8 and Amended Motion ECF No. 9 from the Court's records, due to a clerical error.

    Respectfully submitted,

    */s/Marla Linderman Richelew*
    Marla Linderman Richelew (P55759)
    Assistant Attorney General
    Attorney for Defendants
    Civil Rights & Elections Division
    3030 West Grand Blvd, 10th Floor
    Detroit, MI 48202
    (313) 456-0200

Dated: April 22, 2025    lindermanrichelewm@michigan.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on April 22, 2025, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

*/s/Marla Linderman Richelew*
Marla Linderman Richelew
Assistant Attorney General
Attorney for Defendants
P55759
