UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARC MITCHELL SUSSELMAN

    Plaintiffs,

v

MICHIGAN ATTORNEY GRIEVANCE COMMISSION, Commissioners of The Michigan Attorney Grievance Commission, in their official capacities, and MICHAEL GOETZ, administrator of the Michigan Attorney Grievance Commission, in his official capacity,

    Defendants.

No. 25-10660

HON. SHALINA D. KUMAR

MAGISTRATE JUDGE ELIZABETH A. STAFFORD

**MARTIN LEAF'S MOTION TO STRIKE MARC SUSSELMAN'S RESPONSE AND FOR COSTS AND SANCTIONS**

_____/

Marc M. Susselman (P29481)
Attorney for Plaintiffs
43834 Brandywyne Rd.
Canton MI 48187
(734) 416-5186
Marcsusselman@gmail.com

Martin Leaf (P43202)
Attorney for Plaintiffs
33228 W. 12 Mile Road, #345
Farmington Hils MI 48335
(248) 687-9993
leafmartin@gmail.com

Marla Linderman-Richelew (P55759)
Attorney for Defendants
Michigan Department of Attorney General
Civil Rights & Elections Division
3030 West Grand Boulevard, 10th Fl
Detroit, MI 48202
(313) 456-0200
lindermanrichelewm@michigan.gov

Erik A. Grill (P64713)
Attorney for Defendants
Assistant Attorney General
P.O. Box 30736
Lansing, MI 48909
(517) 335-7659
grille@michigan.gov

_____/

## MARTIN H. LEAF'S MOTION TO STRIKE AND
## FOR COSTS AND SANCTIONS

**NOW COMES** former Co-Plaintiff Martin Leaf, ("FCP") and respectfully requests that this Honorable Court, acting in accordance with its inherent powers, to strike Plaintiff Marc Mitchell Susselman's ("Plaintiff's") answer to FCP's motion to dismiss FCP's claims with prejudice. These inherent powers have been affirmed in the following cases. *Chambers v. NASCO*, Inc., 501 U.S. 32, 44–46 (1991) (holding that federal courts possess inherent power to sanction parties for bad-faith conduct, including awarding attorney's fees, even when procedural rules or statutes might also apply; emphasizing that this power is not displaced by the Federal Rules and may be exercised regardless of the procedural posture when necessary to protect the integrity of the judicial process). *Roadway Express, Inc. v. Piper*, 447 U.S. 752, 764–67 (1980) (recognizing the inherent authority of federal courts to assess attorney's fees as a sanction for willful disobedience of a court order or when a party has acted in bad faith).

This, because Plaintiff's answer is false, deceptive and misleading. In addition, FCP asks this honorable Court with respect that costs and sanctions be awarded to FCP because Plaintiff was asked for concurrence on January 16, 2026, to remove the false answer, and he refused . FCP is

also asking for a show cause hearing where Plaintiff will have to show cause why striking Plaintiff's false, scandalous answer should not be stricken, and why costs and sanctions should not be awarded to FCP.

FCP further states in support of this motion as follows:

1. Mr. Sussselman posted publicly an antisemitic statement against the Jewish religion. He stated that Judaism is not a religion worthy of respect. This is a material fact for a lawsuit complaining about antisemitism.

   Marc Susselman <marcsusselman@gmail.com>
   Nov 4, 2025, 8:26 AM
   to Peter, Stuart, Rabbi, Michael, Stanley, Morgenstern, Gabrielle, Ari, Jonathan, Raymond, Barbara, me, HENRY, alan, 95purplem, Ron


   Israeli military's ex-top lawyer arrested over leak of video allegedly showing Palestinian detainee abuse
   https://www.yahoo.com/news/articles/israeli-militarys-ex-top-lawyer-111732517.html?fr=yhssrp_catchall
   The administration of Richard Nixon prosecuted Daniel Ellsberg for releasing secret documents which demonstrated that the U.S. government had lied to the American people regarding the Vietnam War.  Yesterday, the government of Netanyahu initiated the prosecution of Maj Gen Yifat Tomer-Yerushalmi for leaking a video which showed members of the IDF sexually assaulting a Palestinian prisoner.
   Hiding the truth, and retaliating against those who reveal the truth, is not in the interest of the country or its people.  It is a sign of a decadent and illegitimate government, and must be vehemently denounced and repudiated, particularly when the government prides itself on its purported moral values.  ==And a religion which exalts revenge, rather than justice, is not a religion worthy of respect.==

2. Mr. Susselman also chastised FCP because FCP exercised his right to dismiss his claims in the instant lawsuit. His email is attached below.

> Marc Susselman <marcsusselman@gmail.com>
> Fri, Jan 9, 12:39 AM
> to me
> You are despicable, contemptible, and a totally unethical.hypocrite. You will get your coemuppacne, I guarantee it.

3. Plaintiff incessantly publicly attacked a very good officer of the court for just doing her job - the Jewish assistant attorney general in this case. In addition, incessant public attacks by Plaintiff wrongfully highlighting and linking Ms. Linderman's Judaism were on Plaintiff's public message board. FCP contacted her many months ago and the following exchange took place which speaks for itself.

> Marc Susselman <marcsusselman@gmail.com>
> May 5, 2025, 11:24 AM
> to Marla, me
> I am looking forward to reading your brief, and all of its specious arguments.
> Marc Susselman
>
> Martin Leaf <leafmartin@gmail.com>
> May 20, 2025, 2:03 PM
> to Marc, Marla
>
> Dear Ms. Linderman.
>
> I do not concur with the use of the term "specious" because it implies deliberate deception. For me, I would have expressed it

as incorrect, or lacks merit, or another less potentially inflammatory term. Since I am co-Plaintiff I want to make that clear.

Regards,

Martin Leaf, Esq

Marc Susselman <marcsusselman@gmail.com>
May 20, 2025, 2:08 PM
to me

Well, maybe you should represent yourself in the lawsuit against the Attorney Grievance Commission, because I maintain that Ms. Linderman's arguments are specious, and I intend to say so in the response to her motion and brief to dismiss the lawsuit. You are a fool for indicating to Ms. Linderman that you and I have a difference of opinion over the use of a word, particularly given that concurrence was denied weeks ago, and she has already filed her motion to dismiss.

Marc Susselman

Linderman Richelew, Marla (AG)
<LindermanRichelewM@michigan.gov>
May 20, 2025, 2:32 PM
to me, Marc

Mr. Leaf:

Your clarification is noted. I appreciate that you recognize that I have not engaged in deliberate deception.

-Marla

Marla Linderman Richelew
Assistant Attorney General
Civil Rights & Elections
3030 W. Grand Blvd., 10th Flr

>Detroit, MI 48202
>(517) 335-7659
>(517) 643-2891 (direct)
>
>Martin Leaf <leafmartin@gmail.com>
>May 20, 2025, 2:36 PM
>to Marla, Marc
>
>==Actually, I was more concerned that we attorneys are expected to show mutual respect if possible, even if we believe harsher words are justified. But thanks for the sentiment.==

Plaintiff also took FCP off the automatic court notification. He also never sent FCP any filings, except his original complaint, *prior* to him filing it, contrary to what he represented to the court in his Answer. See Exhibit A -Declaration of Sarah Deming.

Respectfully submitted,

*s/Martin H. Leaf*　　　　　　　　　　Dated: 01/08/2026
Martin Leaf (P43202)
Attorney for Plaintiffs
leafmartin@gmail.com

# Exhibit A
# Declaration of Sarah Deming

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARC MITCHELL SUSSELMAN<br><br>    Plaintiffs,<br><br>v<br><br>MICHIGAN ATTORNEY GRIEVANCE COMMISSION, Commissioners of The Michigan Attorney Grievance Commission, in their official capacities, and MICHAEL GOETZ, administrator of the Michigan Attorney Grievance Commission, in his official capacity,<br><br>    Defendants. | No. 25-10660<br><br>HON. SHALINA D. KUMAR<br><br>MAGISTRATE JUDGE ELIZABETH A. STAFFORD<br><br>**SARAH DEMING'S DECLARATION** |

_____/

| | |
|---|---|
| Marc M. Susselman (P29481)<br>Attorney for Plaintiffs<br>43834 Brandywyne Rd.<br>Canton MI 48187<br>(734) 416-5186<br>Marcsusselman@gmail.com | Marla Linderman-Richelew (P55759)<br>Attorney for Defendants<br>Michigan Department of Attorney General<br>Civil Rights & Elections Division<br>3030 West Grand Boulevard, 10th Fl<br>Detroit, MI 48202<br>(313) 456-0200<br>lindermanrichelewm@michigan.gov |
| Martin Leaf (P43202)<br>Attorney for Plaintiffs<br>33228 W. 12 Mile Road, #345<br>Farmington Hils MI 48335<br>(248) 687-9993<br>leafmartin@gmail.com | Erik A. Grill (P64713)<br>Attorney for Defendants<br>Assistant Attorney General<br>P.O. Box 30736<br>Lansing, MI 48909<br>(517) 335-7659<br>grille@michigan.gov |

_____/

# DECLARATION OF SARAH DEMING IN SUPPORT OF MARTIN H. LEAF'S MOTION TO STRIKE AND FOR COSTS AND SANCTIONS

I, **Sarah Deming**, declare as follows:

I am an adult and competent to testify regarding the matters stated in this Declaration. I have personal knowledge of the facts set forth below, except as to matters stated on information and belief, and as to those matters, I believe them to be true.

I am part of the support staff for attorney Martin Leaf. My relationship to the events described below is that I reviewed Mr. Leaf's Gmail in box.

There were no emails from Mr. Susselman of any filing in this matter prior to the document being filed, with the exception of the original complaint.

I declare under penalty of perjury that the foregoing is true and correct. See 28 U.S.C. § 1746.

Executed on March 2, 2026 at Muskegon, Michigan.

---

SARAH DEMING - DECLARANT

/s/ Sarah Deming
    Sarah Deming
1744 Barclay Street
Muskegon, Michigan 49441
(248) 895-8530
mllesarahgwyn@gmail.com