UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARC MITCHELL
SUSSELMAN,

                    Plaintiff,

v.

ATTORNEY GRIEVANCE
COMMISSION et al.,

                    Defendants.

Case No. 25-10660
Honorable Shalina D. Kumar
Magistrate Judge Elizabeth A. Stafford

**ORDER STRIKING PLAINTIFF'S AMENDED COMPLAINT
(ECF NO. 37)**

On February 20, 2026, the Court granted defendants' motion to dismiss and motion to strike Exhibit 14 (ECF Nos. 18, 12) and dismissed plaintiff Marc Susselman's ("Susselman") complaint. ECF No. 34. Because Susselman's original complaint and his first amended complaint (together, "the Complaints") were not filed in conformity with Rule 19 of the Eastern District of Michigan's Electronic Filing Policies and Procedures regarding exhibits, the Complaints were stricken in their entirety and Susselman was ordered to refile them both without Exhibit 14. *Id.* at PageID.1543.

Page **1** of **3**

On March 5, 2026, Susselman refiled the amended complaint. *See* ECF No. 37. However, Susselman appears to have filed a revised version of his amended complaint and did not refile his original complaint as instructed. Furthermore, his amended complaint still does not comport with Rule 19(b) of the Electronic Filing Policies and Procedures which states:

**(b) Filing Exhibits to Papers Electronically**

For exhibits filed electronically, filing users must use the following procedure:

(1) Unless there is only one exhibit, the filing user must prepare an index of exhibits and file the index as the first attachment to the paper. Each exhibit must be described on the index both by an exhibit identifier and by a brief narrative description. *See* Sample Index of Exhibits (EXHIBIT C).

(2) Each exhibit then must be filed and identified as a separate attachment to the paper and must be labeled in the electronic record with an exhibit identifier and brief narrative description.

> SAMPLE DOCKET ENTRY: Motion for Summary Judgment filed by ABC Company (Attachments: #1 Index of Exhibits #2 Exhibit A - Affidavit of John Smith #3 Exhibit B - Excerpts from Jane Doe's Deposition #4 Exhibit C1 - Contract Between XYZ Company and

ABC Company, pages 1-35 #5 Exhibit C2 - Contract Between XYZ Company and ABC Company, pages 36-69 #6 Exhibit D - XYZ Company General Ledgers)

For these reasons, the Court **STRIKES** Susselman's amended complaint, ECF No. 37, and **ORDERS** him to refile both his original and amended complaints in compliance with Rule 19(b). Additionally, to preserve the record, **IT IS FURTHER ORDERED** that Susselman refile the Complaints in their original form, with the removal of Exhibit 14 as the only change.

**IT IS SO ORDERED.**

s/ Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge

Dated: April 28, 2026