UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARC MITCHELL SUSSELMAN,<br>Plaintiff,<br><br>v.<br><br>ATTORNEY GRIEVANCE COMMISSION et al.,<br>Defendants. | Case No. 25-10660<br>Honorable Shalina D. Kumar<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER STRIKING PLAINTIFF'S COMPLAINT AND AMENDED COMPLAINT (ECF NOS. 40, 41)**

On February 20, 2026, the Court granted defendants' motion to dismiss and motion to strike Exhibit 14 (ECF Nos. 18, 12) and dismissed plaintiff Marc Susselman's ("Susselman") complaint. ECF No. 34. Because Susselman's original complaint and his first amended complaint (together, "Complaints") were not filed in conformity with Rule 19 of the Eastern District of Michigan's Electronic Filing Policies and Procedures regarding exhibits, the Complaints were stricken in their entirety and Susselman was ordered to refile them both without Exhibit 14. *Id.* at PageID.1543.

After Susselman filed a revised version of his amended complaint and failed to refile his original complaint as instructed, the Court issued an order striking the amended complaint for failing to comply with R19(b) of the Electronic Filing Policies and Procedures. ECF No. 39. Susselman was ordered to refile both Complaints, in their original form, in compliance with R19(b), with the removal of Exhibit 14 as the only change. *Id.*

Now, Susselman has refiled his original and amended complaints. However, once again, neither of them comport with R19(b) of the Electronic Filing Policies and Procedures which states:

**(b) Filing Exhibits to Papers Electronically**

For exhibits filed electronically, filing users must use the following procedure:

(1) Unless there is only one exhibit, the filing user must prepare an index of exhibits and file the index as the first attachment to the paper. Each exhibit must be described on the index both by an exhibit identifier and by a brief narrative description. *See* Sample Index of Exhibits (EXHIBIT C).

(2) Each exhibit then must be filed and identified as a separate attachment to the paper and must be labeled in the electronic record with an exhibit identifier and brief narrative description.

> SAMPLE DOCKET ENTRY: Motion for Summary Judgment filed by ABC Company (Attachments: #1 Index of Exhibits #2 Exhibit A - Affidavit of John Smith #3 Exhibit B - Excerpts from Jane Doe's Deposition #4 Exhibit C1 - Contract Between XYZ Company and ABC Company, pages 1-35 #5 Exhibit C2 - Contract Between XYZ Company and ABC Company, pages 36-69 #6 Exhibit D - XYZ Company General Ledgers)

For these reasons, the Court **STRIKES** Susselman's Complaints, ECF Nos. 40, 41, and **ORDERS** him to refile them in compliance with R19(b). The Court **WARNS** Susselman that continuing to file nonconforming papers may result in sanctions.

**IT IS SO ORDERED.**

s/ Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge

Dated: October 8, 2026